ARTHUR N. DUSENBURY et al., Copartners, under the Firm Name of DUSENBURY & ROBERTS, Respondents, *v.* STRATHCONA APARTMENTS, INC., Appellant.

(Submitted June 13, 1933; decided July 11, 1933.)

*Stephen R. J. Roach* for appellant.

*Morris Orenstein* for respondents.

*Per Curiam.* As this case originated in the City Court of White Plains no appeal can be taken to this court except by leave of the Appellate Division. (Civ. Prac. Act, § 589, subd. 1.)

The appeal should be dismissed, with costs.

POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ., concur; HUBBS, J., not sitting.

Appeal dismissed.